**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 821-1379
Facsimile: (702) 870-1846
Email: kevinh@hanrattylawgroup.com

**JEFFER MANGELS BUTLER & MITCHELL LLP**
Jon A. Weininger (*Pro Hac Vice Petition Pending*)
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202
Email: jweininger@jmbm.com

Attorneys for Defendants ALL NET LAND DEVELOPMENT, LLC and DAVID G. LOWDEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02284-RFB-EJY<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 7.1-1]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that in compliance with the Court's Local Rule 7.1-1, Defendants All Net Land Development, LLC ("ANLD") and David Lowden ("Lowden," and together with ANLD, "ANLD Defendants") through their counsel of record, hereby certify that the following may have a direct, pecuniary interest in the outcome of this case.

1. TACSIS, APC (Plaintiff)
2. Kent Limson (Plaintiff)
3. All Net Land Development, LLC (Defendant)
4. David Lowden (Defendant)
5. Jackie Robinson (Defendant)
6. All Net, LLC (Defendant)
7. Dribble Dunk, LLC (Defendant)
8. AGS Assurety, LLC (Defendant)
9. Timothy J. Arellano (Defendant)
10. Messner Reeves LLP (Defendant)
11. Torben Welch (Defendant)
12. Loring Jacobs (Defendant)

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 17th day of January, 2025.

**HANRATTY LAW GROUP**

By: */s/ Kevin M. Hanratty, Esq.*
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Attorneys for Defendants *All Net Land Development, LLC and David G. Lowden*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ P. 5 and LR 5-1, I certify that I am an employee of HANRATTY LAW GROUP, and that on 17th day of January, 2025, the foregoing *Defendant's All Net Land Development, LLC and David G. Lowden Certification and Notice of Interested Parties,* was served upon the following respective parties via CM/ECF system as follows:

LAW OFFICE OF SHAWN R. PEREZ
Shawn R. Perez (NV SBN: 10421)
7121 W. Craig Rd, #113-38
Las Vegas, NV 89129

TACSIS LAW APC
Pro Hac Vice (pending application)
John S. Manzano, Esq. (CA SBN: 170546)
3424 W. Carson Street, Suite 600
Torrance, CA 90503

Attorneys for Plaintiffs
TACSIS APC and KENT LIMSON

By: __/s/: *Carmen Lozano*_____
An Employee of Hanratty Law Group