**LORING JACOBS**
**IN PRO PER**
1 Hughes Ctr. Unit 904
Las Vegas, Nevada 89169
Wayner1and2@icloud.com
(702) 735-7928

*for Defendant:*
LORING JACOBS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California Corporation; and KENT LIMSON, an individual,<br><br> Plaintiffs<br> v.<br><br>JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE,<br><br> DEFENDANTS. | CASE NO.: **2:2024-cv-02284**<br><br>**MOTION FOR CONTINUANCE** |

COMES NOW INDIVIDUAL DEFENDANT LORING JACOBS ("DEFENDANT") AND

HEREBY MOVES THIS COURT FOR A CONTINUANCE OF THIRTY (30) DAYS OF ALL

CURRENT DEADLINES IN THIS CASE, PURSUANT TO RULE 6(B)(1) OF THE

FEDERAL RULES OF CIVIL PROCEDURE, AND IN SUPPORT THEREOF STATE AS FOLLOWS:

1. **Counsel Retention:** Defendant is in the process of retaining Gary S. Lincenberg of Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, located at 1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561, as his legal counsel. Mr. Lincenberg's contact details are as follows: phone (310) 201-2100, email glincenberg@birdmarella.com, website www.birdmarella.com.

2. **Circumstances Necessitating Continuance**: Defendant Jacobs is attempting to retain Mr. Lincenberg and Mr. Bird of Bird Marella. Both Mr. Lincenberg and Mr. Bird suffered losses in the Palisades fire. So, Defendant is requesting additional time.

3. **Good Cause for Continuance:** Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that a court may, for good cause, extend deadlines if a request is made before the expiration of the original deadline.

4. **Equity and Justice Favor the Granting of This Motion:** A continuance will not prejudice the Plaintiffs or the progression of this case. Instead, it will ensure that the Defendants' newly retained counsel can adequately prepare, review the case materials, and address this matter thoroughly.

5. **Requested Relief:** In light of the aforementioned circumstances and the principles of fairness and equity, the Defendant respectfully requests a 30-day continuance of all current deadlines in this case, including but not limited to deadlines for filing responsive pleadings, discovery deadlines, and any scheduled hearings.

6. **Proposed Order:** A proposed order granting this motion is attached hereto as Exhibit A for the Court's convenience.

WHEREFORE, Defendant JACOBS respectfully requests that this Court grant his motion and extends all deadlines by thirty (30) days to allow the Defendants' counsel adequate time to recover and prepare.

Respectfully submitted this January 21st, 2025.

**Defendant, acting In Pro Per**

**By:** _____
**LORING JACOBS, individually**


CERTIFICATE OF SERVICE I hereby certify that a true and correct copy of the foregoing motion was served on all counsel of record via the Court's CM/ECF system on January 21st, 2025




**By:** _____
**LORING JACOBS, Individually**