LAW OFFICE OF SHAWN R. PEREZ
Shawn R. Perez (NV SBN: 10421)
Shawn711@msn.com
7121 W. Craig Rd, #113-38
Las Vegas, NV 89129
T: 702-485-3977
F: 702-442-7095

TACSIS LAW APC
John S. Manzano, Esq. (CA SBN: 170546)
law@tacsis.com
3424 W. Carson Street, Suite 600
Torrance, CA 90503
T/F: 424-234-5200

*Attorneys for Plaintiffs*
TACSIS APC and KENT LIMSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual,<br><br>Plaintiffs<br>v.<br><br>JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No:  2:24-cv-02284-RFB-EJY<br><br>**PLAINTIFFS' RESPONSE TO MINUTE ORDER AND TO DEFENDANT, LORING JACOBS' MOTION FOR CONTINUANCE** |

**PLAINTIFFS' RESPONSE TO MINUTE ORDER AND TO DEFENDANT, LORING JACOBS' MOTION FOR CONTINUANCE**

1

**TO THE COURT AND ALL PARTIES OF RECORD:**

  COMES NOW, Plaintiffs TACSIS APC and KENT LIMSON, by and through their counsel of record, and hereby respond to this Court's Minute Order dated January 22, 2025 [ECF 16] and to Defendant, LORING JACOBS' Motion for Continuance as follows:

  1. Plaintiffs filed their complaint [ECF 1] on December 10, 2024 and served Defendant LORING JACOBS ("JACOBS") on December 30, 2024. Defendant JACOBS' response to the complaint was initially due by January 20, 2025.

  2. On January 21, 2025, Defendant JACOBS filed his Motion for Continuance [ECF 15] requesting a 30-day extension to retain Gary S. Lincenberg of the law firm BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP.

  3. On January 22, 2025, the court issued a Minute Order [ECF 16] for Plaintiffs to advise the Court if an extension had been granted by January 31, 2025. On the same day of the issuance of the Minute Order, Plaintiffs' counsel contacted Defendant JACOBS and his prospective counsel by email and agreed to a 21-day extension, making Defendant JACOBS' response due no later than February 11, 2025.

  4. Since all of the other defendants have been served at or around the same time, it was determined that a shorter extension will help facilitate an efficient resolution of this lawsuit and conserve the Court's resources.

DATE: January 31, 2025       TACSIS LAW APC

                By: /s/ *John S. Manzano*
                   John S. Manzano, Esq.
                   Attorneys for Plaintiffs

**PLAINTIFFS' RESPONSE TO MINUTE ORDER AND TO DEFENDANT, LORING JACOBS' MOTION FOR CONTINUANCE**

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5 and Local Rule 5-1, I certify that I am an employee of TACSIS LAW APC, and that on January 31, 2025, the foregoing **PLAINTIFFS' RESPONSE TO MINUTE ORDER AND TO DEFENDANT, LORING JACOBS' MOTION FOR CONTINUANCE**, was served upon the following respective parties via CM/ECF system as follows:

| | |
|---|---|
| HANRATTY LAW GROUP<br>Kevin M. Hanratty, Esq. (SBN 007734)<br>1815 Village Center Circle, Suite 140<br>Las Vegas, NV 89134<br>T: (702) 821-1379<br>Email: kevinh@hanrattylawgroup.com<br><br>*Attorneys for Defendants*, ALL NET LAND DEVELOPMENT, LLC and DAVID G. LOWDEN | LORING JACOBS<br>1 Hughes Center, Unit 904<br>Las Vegas, NV 89169<br>T: (702) 735-7928<br>Email: Wayner1and2@icloud.com<br><br>*Defendant*, In Pro Per |
| JACKIE ROBINSON<br>2300 W. Sahara Blvd, Suite 800<br>Las Vegas, NV 89102<br>T: (702) 856-4440<br>Email: jackierob@embarqmail.com<br><br>*Defendant*, In Pro Per | GORDON REES SCULLY & MANSUKHANI<br>John M. Palmeri, Esq.<br>555 Seventeenth Street, Ste. 3400<br>Denver, CO 80202<br>T: (303) 534-5145<br>Email: jpalmeri@grsm.com<br><br>*Attorneys for* MESSNER REEVES LLP and TORBEN WELCH |
| BIRD, MARELLA, RHOW, LINCENBERG DROOKS & NESSIM LLP<br>Gary S. Lincenberg, Esq.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561<br>T: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br><br>*Courtesy Copy on behalf of Defendants,* LORING JACOBS, JACKIE ROBINSON, ALL NET, LLC and DRIBBLE DUNK, LLC | |

_/s/: Nancy Steelman_
An Employee of TACSIS LAW APC
