CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS



LAS VEGAS NV 890

27 JAN 2025 PM 3

quadient

FIRST-CLASS MAIL
IMI
$000.69 ⁰
01/27/2025 ZIP 89101
043M31229339

US POSTAGE



FEB 03 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                    DEPUTY

U A A

NIXIE        891   DC 1        0002/01/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 89101706934      *0679-00527-27-42

**Judgments, Minute Orders/Orders & Writs**
2:24-cv-02284-RFB-EJY TACSIS APC v. Robinson, et al

### United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2025 at 1:41 PM PST and filed on 1/23/2025
**Case Name:**        TACSIS APC v. Robinson, et al
**Case Number:**      2:24-cv-02284-RFB-EJY
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Elayna J. Youchah on 1/23/2025. By Judicial Assistant: E. Santiago.**

**IT IS HEREBY ORDERED that the portion of the Minute Order (ECF No. [16]) as to the filing of a discovery plan and scheduling order was set in error and is VACATED as entered in error.**

**(Copies have been distributed pursuant to the NEF - ES)**

**2:24-cv-02284-RFB-EJY Notice has been electronically mailed to:**

Kevin M. Hanratty    kevinh@hanrattylawgroup.com, AniB@hanrattylawgroup.com, carmenl@hanrattylawgroup.com

Shawn R Perez    shawn711@msn.com

John S. Manzano    john@tacsis.com, law@tacsis.com

**2:24-cv-02284-RFB-EJY Notice has been delivered by other means to:**

Jackie Robinson
2300 W. Sahara Blvd. Suite 800
Las Vegas, NV 89102

Loring Jacobs
1 Hughes Ctr. Unit 904
Las Vegas, NV 89169

**Judgments, Minute Orders/Orders & Writs**

2:24-cv-02284-RFB-EJY TACSIS APC v. Robinson, et al

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 1/23/2025 at 1:36 PM PST and filed on 1/23/2025

**Case Name:**        TACSIS APC v. Robinson, et al

**Case Number:**    2:24-cv-02284-RFB-EJY

**Filer:**

**Document Number:** 18(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Elayna J. Youchah on 1/23/2025. By Judicial Assistant: E. Santiago.**

**Pending before the Court is Defendant Jackie Robinson's Motion for Continuance (ECF No. [17]), seeking a thirty day extension of time to file a responsive pleading to Plaintiffs' Complaint.**

**Given Defendant Jackie Robinson's representation, IT IS HEREBY ORDERED that Plaintiffs must advise the Court no later than January 31, 2025 whether they are willing to grant Defendant Robinson additional time to respond to the Complaint and, if so, to what extension Plaintiffs will agree.**

**IT IS FURTHER ORDERED that Plaintiffs' failure to respond to this Order will result in an extension of the due date for Defendant Robinson's response to the Complaint to February 24, 2025.**

**(no image attached) (Copies have been distributed pursuant to the NEF - ES)**

**2:24-cv-02284-RFB-EJY Notice has been electronically mailed to:**

Kevin M. Hanratty    kevinh@hanrattylawgroup.com, AniB@hanrattylawgroup.com, carmenl@hanrattylawgroup.com

Shawn R Perez    shawn711@msn.com

John S. Manzano    john@tacsis.com, law@tacsis.com

**2:24-cv-02284-RFB-EJY Notice has been delivered by other means to:**

Jackie Robinson
2300 W. Sahara Blvd. Suite 800
Las Vegas, NV 89102

Loring Jacobs
1 Hughes Ctr. Unit 904
Las Vegas, NV 89169