RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:           (702) 796-7181
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Jackie Robinson; All Net, LLC;*
*Dribble Dunk, LLC; and Loring Jacobs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual,<br><br>                    Plaintiffs,<br>vs.<br><br>JACKIE ROBINSON, an individual; et al.<br><br>                    Defendants. | Case No.:  2:24-cv-02284-RFB-EJY<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Defendants Jackie Robinson; All Net, LLC; Dribble Dunk, LLC; and Loring Jacobs, by and through their counsel, Kaempfer Crowell, certify upon information and belief that there are no other known interested parties other than those named in the Complaint and their respective counsel.

/ / /

/ / /

/ / /

/ / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3927572_1.docx  17000.x

Page 1 of 3

1   This representation is made to enable judges of the Court to evaluate possible recusal.

2   DATED this <u>11th</u> day of February, 2025.

3                                    KAEMPFER CROWELL

4

5   By:    */s/ Ryan W. Daniels*
           RYAN W. DANIELS (Nevada Bar No. 13094)
           KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
6          1980 Festival Plaza Drive, Suite 650
           Las Vegas, Nevada  89135
7
           ***Attorneys for Defendants***
8          ***Jackie Robinson; All Net, LLC;***
           ***Dribble Dunk, LLC; and Loring Jacobs***

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3927572_1.docx   17000.x

Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **CERTIFICATE OF INTERESTED PARTIES** to be served via CM/ECF addressed to the following:

Law Office of Shawn R. Perez
Shawn R. Perez (NV SBN: 10421)
7121 W. Craig Rd, #113-38
Las Vegas, NV 89129
Shawn711@msn.com

TACSIS Law APC
John S. Manzano (CA SBN: 170546)
*Pro Hac Vice (pending application)*
3424 W. Carson Street, Suite 600
Torrance, CA 90503
law@tacsis.com

**Counsel for Plaintiffs**

Hanratty Law Group
Kevin M. Hanratty
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
kevinh@hanrattylawgroup.com

Jeffer Mangels Butler & Mitchell
Jon A. Weininger
*(Pro Hac Vice Petition Pending)*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
jweininger@jmbm.com

**Attorneys for Defendants All Net Land Development, LLC and David G. Lowden**

DATED this 11th day of February, 2025.

/s/ _____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3927572_1.docx  17000.x

Page 3 of 3