LAW OFFICE OF SHAWN R. PEREZ
Shawn R. Perez (NV SBN: 10421)
Shawn711@msn.com
7121 W. Craig Rd, #113-38
Las Vegas, NV 89129
T: 702-485-3977
F: 702-442-7095

TACSIS LAW APC
John S. Manzano, Esq. (CA SBN: 170546)
law@tacsis.com
3424 W. Carson Street, Suite 600
Torrance, CA 90503
T/F: 424-234-5200

*Attorneys for Plaintiffs*
TACSIS APC and KENT LIMSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual, | Case No: 2:24-cv-02284-RFB-EJY |
| Plaintiffs<br>v.<br>JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE,<br>Defendants. | **STATUS REPORT TO COMPLY WITH RULE 26(f)** |

**STATUS REPORT**
1

1    Plaintiffs TACSIS APC and KENT LIMSON submits this report pursuant to their
2 obligations under Fed. R. Civ. P. 26(f)(1).
3 1.    Plaintiffs filed their Complaint on December 10, 2024. *See* Dkt. No. 1. Defendants ALL
4 NET LAND DEVELOPMENT LLC And DAVID G. LOWDEN moved to dismiss under Federal
5 Rule of Civil Procedure 12(b) on January 17, 2025. *See* Dkt. No. 13. Briefing on the Motion to
6 Dismiss was completed on January 31, 2025. *See* Dkt. No. 31.
7 2.    Plaintiffs have made multiple attempts to convene a Federal Rules of Civil Procedure
8 26(f) conference. However, only Ryan Daniels, counsel for JACKIE ROBINSON, ALL NET
9 LLC, DRIBBLE DUNK LLC and LORING JACOBS agreed to meet. All other counsel refused
10 to meet citing that the conference was premature and have taken the position, and continue to take
11 the position, that they will not participate in a Rule 26 conference until after the Court's ruling on
12 the Motion to Dismiss.
13 3.    Rule 26(f) provides: "Except in a proceeding exempted from initial disclosure under Rule
14 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable –
15 and in any event at least 21 days before a scheduling conference is to be held or a scheduling
16 order is due under Rule 16(b)." FED. R. CIV. P. 26(f)(1). "The attorneys of record and all
17 unrepresented parties that have appeared in the case are jointly responsible for arranging the
18 conference, for attempting in good faith to agree on the proposed discovery plan, and for
19 submitting to the court within 14 days after the conference a written report outlining the plan."
20 FED. R. CIV. P. 26(f)(2).
21 4.    For the foregoing reasons, Plaintiffs file the within status report and respectfully requests
22 that the Court compel Defendants to participate in a Rule 26(f) conference, or, in the alternative,
23 schedule an initial scheduling conference in this matter.
24 DATE: February 18, 2025                    Respectfully submitted,
25                                            **TACSIS LAW APC**
26
27                                     By:    */s/ John S. Manzano*
                                              John S. Manzano, Esq.
28                                            Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5 and Local Rule 5-1, I certify that I am an employee of TACSIS LAW APC, and that on February 18, 2025, the foregoing **STATUS REPORT TO COMPLY WITH RULE 26(f)**, was served upon the following respective parties via CM/ECF system as follows:

| | |
|---|---|
| HANRATTY LAW GROUP<br>Kevin M. Hanratty, Esq. (SBN 007734)<br>1815 Village Center Circle, Suite 140<br>Las Vegas, NV 89134<br>T: (702) 821-1379<br>Email: kevinh@hanrattylawgroup.com;<br>AniB@hanrattylawgroup.com<br>carmeni@hanrattylawgroup.com<br><br>JEFFER MANGELS BUTLER & MITCHELL<br>Jon A. Weininger, Esq.<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Email: jweininger@jmbm.com<br><br>*Attorneys for Defendants*, ALL NET LAND DEVELOPMENT, LLC and DAVID G. LOWDEN | KAEMPFER CROWELL<br>Ryan W. Daniels, Esq.<br>Kristopher J. Kalkowski, Esq.<br>1980 Festival Plaza Drive, Ste. 650<br>Las Vegas, NV 89135<br>T: (702) 856-4440<br>Email: rdaniels@kcnvlaw.com;<br>kkalkowski@kcnvlaw.com;<br>landerson@kcnvlaw.com;<br>wapplegate@kcnvlaw.com<br><br>*Attorneys for* JACKIE ROBINSON, ALL NET LLC; DRIBBLE DUNK LLC and LORING JACOBS |
| GORDON REES SCULLY & MANSUKHANI<br>John M. Palmeri, Esq.<br>Jacqueline V. Nichols, Esq<br>555 Seventeenth Street, Ste. 3400<br>Denver, CO 80202<br>T: (303) 534-5145<br>Email: jpalmeri@grsm.com;<br>jnichols@grsm.com;<br>VLS_LVSupport@grsm.com;<br>gangulo@grsm.com; sowens@grsm.com<br><br>*Attorneys for* MESSNER REEVES LLP and TORBEN WELCH | |

                                                  */s/: Nancy Steelman*
                                            An Employee of TACSIS LAW APC