1  RYAN W. DANIELS
   Nevada Bar No. 13094
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
5  Fax:            (702) 796-7181
   rdaniels@kcnvlaw.com
6  kkalkowski@kcnvlaw.com

7  *Attorneys for Defendants*
   *Jackie Robinson; All Net, LLC;*
8  *Dribble Dunk, LLC; and Loring Jacobs*

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  TACSIS APC, a California corporation; and KENT LIMSON, an individual, | Case No.:  2:24-cv-02284-RFB-EJY |
| 12 | |
|     Plaintiffs, | **STIPULATION TO EXTEND TIME TO** |
| 13  vs. | **FILE REPLIES TO MOTIONS TO DISMISS** |
| 14  JACKIE ROBINSON, an individual; et al. | **[ECF Nos. 35 and 36]** |
| 15       Defendants. | |

16

17     The above-referenced parties hereby agree and stipulate to extend the current deadline of

18  March 4, 2025 for Defendants Jackie Robinson; All Net, LLC; Dribble Dunk, LLC; Loring Jacobs,

19  and Defendants Messner Reeves and Torben Welch to file their respective replies to their motions

20  to dismiss an additional 14 days, until March 18, 2025.  This is the first requested extension

21  between the parties.

22     The requested extension will not prejudice any party and will allow the parties to

23  adequately brief their responses to the Motions to Dismiss filed with this Court.  The parties are

24  not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3941101_1.docx  17000.

Page 1 of 2

ordered.

DATED this 5th day of March, 2025.                    DATED this 5th day of March, 2025.

TACSIS LAW APC                                         KAEMPFER CROWELL

/s/ John S. Manzano                                    /s/ Ryan Daniels

John S. Manzano                                        Lyssa S. Anderson
Francis Richard Mansano                                Nevada Bar No. 5781
Ryan M. Arakawa                                        Ryan W. Daniels
Lorrie A. Walton                                       Nevada Bar No. 13094
3424 W. Carson Street, Suite 600                       1980 Festival Plaza Drive, Suite 650
Torrance, CA 90503                                     Las Vegas, Nevada 89135
law@tacsis.com                                         *Attorneys for Defendants*
                                                       *Jackie Robinson; All Net, LLC;*
Shawn R. Perez                                         *Dribble Dunk, LLC; and Loring Jacobs*
LAW OFFICE OF SHAWN R. PEREZ
7121 W. Craig Rd, #113-38
Las Vegas, NV 89129
Shawn711@msn.com
*Attorneys for Plaintiffs*


DATED this 5th day of March, 2025.

GORDON REES SCULLY MANSUKHANI

/s/ William G. Dewey

Robert E. Schumacher
William G. Dewey
300 S. 4th St. Ste. 1550
Las Vegas, NV 89101
rschumacher@grsm.com

*Attorneys for Defendants*
*Messner Reeves and Torben Welch*

**IT IS SO ORDERED**.

**DATED**: this 6th day of March, 2025

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3941101_1.docx  17000.

Page 2 of 2