1  Robert E. Schumacher, Esq.
   Nevada Bar No. 7504
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 So. 4th Street, Suite 1550
3  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
4  Direct: (702) 577-9319
   Facsimile: (702) 255-2858
5  E-Mail: rschumachwer@grsm.com

6  John M. Palmeri, *pro hac vice admission*
   William G. Dewey, *pro hac vice admission*
7  **GORDON REES SCULLY MANSUKHANI, LLP**
   555 Seventeenth Street, Ste. 3400
8  Denver, CO 80202
   (303) 534-5145
9  jpalmeri@grsm.com
   wdewey@grsm.com

10

11 *Attorneys for Defendants Messner Reeves LLP and Torben Welch*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>　　　　　　　　Defendants. | Case No.:  2:24-cv-02284-RFB-EJY<br><br>**STIPULATION TO RESCHEDULE HEARING ON MOTIONS TO DISMISS** |

Defendants Messner Reeves LLP, and Torben Welch (collectively, "Attorney Defendants"), through counsel, GORDON REES SCULLY MANSUKHANI, LLP, submit this Stipulation to Reschedule the Hearing on Defendants' Motions to Dismiss.

　　　1.　　Defendants filed Motions to Dismiss Plaintiffs' Complaint.

-1-

1    2.    Plaintiffs filed their responses to Defendants' Motions.

2    3.    The motions to dismiss are fully briefed.

3    4.    The Court entered a Minute Order scheduling a hearing on the motions for June 16, 2025. (Doc. 83).

5    5.    Due to a conflict with the Court's calendar, the Court rescheduled the hearing to September 3, 2025. (Doc. 84).

6.    Due to a scheduling conflict with counsel for the Attorney Defendants, the Court provided September 8 and 9, 2025 as alternative dates for the hearing.

7.    Counsel for Attorney Defendants conferred with counsel for all parties to clear a date for the hearing.

8.    Counsel for the parties stipulate to reschedule the hearing to September 8, 2025.

9.    Counsel for Attorney Defendants respectfully request that the Court reschedule the hearing to September 8, 2025.

DATED this 14th day of May 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**
Robert E. Schumacher, Esq.
Nevada Bar No. 7504
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101

**GORDON REES SCULLY MANSUKHANI, LLP**

 */s/ John M. Palmeri*
John M. Palmeri, *pro hac vice admission*
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5145
jpalmeri@grsm.com

***Attorneys for Defendants Messner Reeves LLP and Torben Welch***

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5 and Local Rule 5-1, I certify that I am an employee of Gordon Rees Scully Mansukhani, LLP, and that on May 14, 2025, the foregoing **Stipulation to Reschedule Hearing on Motions to Dismiss** was served upon the following respective parties via CM/ECF system as follows:

| | |
|---|---|
| LAW OFFICE OF SHAWN R. PEREZ<br>Shawn R. Perez<br>7121 W. Craig Road, #113-38<br>Las Vegas, NV 89129<br>(702 ) 485-3977<br>shawn711@msn.com<br><br>TACSIS LAW APC<br>John S. Manzano<br>3424 W. Carson Street, Ste. 600<br>Torrance, CA 90503<br>(424) 234-5200<br>law@taccis.com<br><br>Attorneys for Plaintiffs:<br>TACSIS APC and KENT LIMSON | KAEMPFER CROWELL<br>Ryan W. Daniels<br>Kristopher J. Kalkowski<br>1980 Festival Plaza Drive, Ste. 650<br>Las Vegas, NV 89135<br>(302) 856-4440<br>rdaniels@kcnvlaw.com;<br>kkalkowski@kcnvlaw.com;<br><br>Attorneys for:<br>JACKIE ROBINSON, ALL NET LLC; DRIBBLE DUNK LLC and LORING JACOBS |
| HANRATTY LAW GROUP<br>Kevin M. Hanratty<br>1815 Village Center Circle, Suite 140<br>Las Vegas, NV 89134<br>(702) 821-1379<br>kevinh@hanrattylawgroup.com<br><br>JEFFER MANGELS BUTLER & MITCHELL<br>Jon A. Weininger, Esq.<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>jweininger@jmbm.com<br><br>*Attorneys for Defendants:* ALL NET LAND DEVELOPMENT, LLC and DAVID G. LOWDEN | |