Robert E. Schumacher, Esq.
Nevada Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9319
Facsimile: (702) 255-2858
rschumachwer@grsm.com

John M. Palmeri, *pro hac vice admission*
William G. Dewey, *pro hac vice admission*
**GORDON REES SCULLY MANSUKHANI, LLP**
555 Seventeenth Street, Ste. 3400
Denver, CO 80202
Telephone: (303) 534-5145
jpalmeri@grsm.com
wdewey@grsm.com

*Attorney for Defendants Messner Reeves LLP
and Torben Welch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual, | Case No.: 2:24-cv-02284-APG-EJY |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF No. 97] (First Request)** |
| v. | |
| JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |

Plaintiffs, Tacsis APC and Kent Limson (collectively hereinafter, "Plaintiffs"), and

Defendants, Jackie Robinson; All Net, LLC; Dribble Dunk, LLC; Loring Jacobs; All Net Land

Development, LLC; David Lowden; Messner Reeves LLP; and Torben Welch (collectively

1

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

hereinafter, "Defendants"), stipulate to an extension of time for Defendants to respond to Plaintiffs' First Amended Complaint. ECF No. 97.

1. Plaintiffs filed their First Amended Complaint on September 2, 2025. Pursuant to Fed. R. Civ. P. 15(a)(3) and 6(a)(1), Defendant Welch must answer or otherwise respond to the Complaint on or before September 16, 2025.

2. The parties stipulate to an extension of time up to and including October 7, 2025, for all Defendants to answer, move, or otherwise respond to Plaintiffs' First Amended Complaint.

3. The First Amended Complaint contains new allegations and a new claim under state law. The allegations are complex and will require additional time for counsel to investigate the underlying facts and develop an understanding of the claims and possible defenses. The requested extension will not prejudice any party. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

4. This is the first stipulation for extension of time to respond to Plaintiffs' First Amended Complaint.

Dated this 12th day of September 2025,

TACSIS LAW APC

*/s/ John S. Manzano*

John S. Manzano, *pro hac vice admission*
Francis Richard Manzano, *pro hac vice admission*
Ryan M. Arakawa, *pro hac vice admission*
Lorrie A. Walton, *pro hac vice admission*
TACSIS LAW APC
3424 W. Carson Street, Suite 600
Torrance, CA 90503

Shawn R. Perez, No. 10421
LAW OFFICE OF SHAWN R. PEREZ
7121 W. Craig Rd, #113-38
Las Vegas, NV 89129

***Attorneys for Plaintiffs***

KAEMPFER CROWELL

*/s/ Kristopher J. Kalkowski*

Robert McCoy, No. 5781
Kristopher J. Kalkowski, No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

***Attorneys for Defendants***
***Jackie Robinson; All Net, LLC;***
***Dribble Dunk, LLC; and Loring Jacobs***

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

2

GORDON REES SCULLY MANSUKHANI

JEFFER MANGELS BUTLER & MITCHELL

*/s/ William G. Dewey*

*/s/ Jon A. Weininger*

John M. Palmeri, *pro hac vice admission*
William G. Dewey, *pro hac vice admission*
555 Seventeenth Street, Ste. 3400
Denver, CO 80202

Robert E. Schumacher, No. 7504
300 S. 4th St. Ste. 1550
Las Vegas, NV 89101

***Attorneys for Defendants***
***Messner Reeves and Torben Welch***

Jon A. Weininger, *pro hac vice admission*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592

Kevin M. Hanratty, No. 7734
HANRATTY LAW GROUP
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134

***Attorneys for Defendants All Net Land***
***Development, LLC and David Lowden***

**ORDER**

IT IS SO ORDERED:

ELAYNA J. YOUCHAH
United States Magistrate Judge

DATED:  September 12, 2025

3