```
 1  KAEMPFER CROWELL
    Robert McCoy, No. 9121
 2  Kristopher J. Kalkowski, No. 14892
    1980 Festival Plaza Drive, Suite 650
 3  Las Vegas, Nevada 89135
    Telephone:  (702) 792-7000
 4  Facsimile:  (702) 796-7181
    Email: rmccoy@kcnvlaw.com
 5  Email: kkalkowski@kcnvlaw.com

 6  Attorneys for Defendants All Net, LLC,
    Jackie Robinson, Dribble Dunk, LLC,
 7  and Loring Jacobs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TACSIS APC, a California Corporation; and KENT LIMSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual; and DOES 1 through 100' inclusive,<br><br>Defendants. | Case No. 2:24-cv-02284-APG-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY BRIEFS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs TACSIS APC and Kent Limson ("Plaintiffs"), and defendants All Net, LLC, Jackie Robinson, Dribble Dunk, LLC, Loring Jacobs, All Net Land

1  Development, LLC, David Lowden, Messner Reeves LLP, and Torben Welch
2  ("Defendants") (collectively the "Parties") stipulate to extend the deadline for
3  Defendants to file their respective reply briefs in support of the pending motions to
4  dismiss (ECF Nos. 100, 101, 102) from October 28, 2025 to November 4, 2025.
5        This is the first extension request sought in connection to this deadline
6  and is requested to allow Defendants additional time to prepare thorough briefing on
7  the numerous issues and to address Plaintiffs' requests for judicial notice (ECF Nos.
8  105, 107, 109).

| LAW OFFICE OF SHAWN R. PEREZ | KAEMPFER CROWELL |
|---|---|
| /s/ Lorrie A. Walton | |
| Shawn R. Perez, No. 10421 | Robert McCoy, No. 9121 |
| 7121 West Craig Road, Suite 113-38 | Kristopher J. Kalkowski, No. 14892 |
| Las Vegas, Nevada 89129 | 1980 Festival Plaza Drive, Suite 650 |
|  | Las Vegas, Nevada 89135 |
| TACSIS LAW APC |  |
| John S. Manzano *(pro hac vice)* | Attorneys for Defendants All Net, |
| Francis R. Manzano *(pro hac vice)* | LLC, Jackie Robinson, Dribble Dunk, |
| Lorraine A. Walton *(pro hac vice)* | LLC, and Loring Jacobs |
| Ryan M. Arakawa *(pro hac vice)* |  |
| 3424 West Carson Street, Suite 600 |  |
| Torrence, California 90503 |  |
| | |
| Attorneys for Plaintiffs | |
| TACSIS APC and Kent Limson | |

| | |
|---|---|
| HANRATTY LAW GROUP | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ Jonathan A. Weininger<br>Kevin M. Hanratty, No. 7734<br>1815 Village Center Circle, Suite 140<br>Las Vegas, Nevada 89134 | /s/ William G. Dewey<br>Robert E. Schumacher, No. 7504<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101 |
| JEFFER MANGELS BUTLER AND MITCHELL LLP<br>Jonathan A. Weininger *(pro hac vice)*<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614 | GORDON REES SCULLY MANSUKHANI, LLP<br>John M. Palmeri *(pro hac vice)*<br>William G. Dewey *(pro hac vice)*<br>555 Seventeenth Street, Suite 3400<br>Denver, Colorado 80202 |
| Attorneys for Defendants<br>All Net Land Development, LLC<br>and David Lowden | Attorneys for Defendants<br>Messner Reeves LLP and Torben Welch |

**ORDER**

IT IS SO ORDERED.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:   October 28, 2025