LAW OFFICE OF SHAWN R. PEREZ
Shawn R. Perez (NV SBN: 10421)
Shawn711@msn.com
7121 W. Craig Rd, #113-38
Las Vegas, NV  89129
T: 702-485-3977
F: 702-442-7095

TACSIS LAW APC
John S. Manzano, Esq. (CA SBN: 170546)
law@tacsis.com
3424 W. Carson Street, Suite 600
Torrance, CA 90503
T/F: 424-234-5200

*Attorneys for Plaintiffs*
TACSIS APC and KENT LIMSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual,<br><br>　　　　　　　Plaintiffs<br>　　v.<br><br>JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE,<br>　　　　　　　Defendants. | Case No:   2:24-cv-02284-APG-EJY<br><br>**JOINT STIPULATION AND ORDER STAYING DISCOVERY PENDING RULING ON MOTIONS TO DISMISS** |

Pursuant to L.R. 7-1, Plaintiffs and Defendants, by and through undersigned counsel, stipulate to stay all discovery in this action pending the Court's ruling on Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint (ECF Nos. 100, 101, and 102), as set forth below.

## RECITALS

WHEREAS, on September 2, 2025, Plaintiffs TACSIS APC and KENT LIMSON filed their First Amended Complaint (ECF No. 97).

WHEREAS, on September 12, 2025, Defendants MESSNER REEVES, LLP and TORBEN WELCH filed a Stipulation to Extend Time to Respond to Plaintiffs' First Amended Complaint, extending the time for all Defendants to respond by October 7, 2025, (ECF No. 98).

WHEREAS, on October 7, 2025, Defendants MESSNER REEVES, LLP, and TORBEN WELCH filed their Motion to Dismiss the First Amended Complaint (ECF No. 100).

WHEREAS, on October 7, 2025, Defendants LORING JACOBS; JACKIE ROBINSON; ALL NET, LLC; and DRIBBLE DUNK, LLC, filed their Motion to Dismiss the First Amended Complaint (ECF No. 101).

WHEREAS, on October 7, 2025, Defendants ALL NET LAND DEVELOPMENT, LLC, and DAVID LOWDEN filed their Motion to Dismiss the First Amended Complaint (ECF No. 102).

WHEREAS the parties have conferred and agreed that a stay of discovery pending the Court's ruling on Defendants' Motions to Dismiss the First Amended Complaint (ECF Nos. 100, 101, and 102) is appropriate and will conserve resources. *See Glass v. Global Widget, LLC*, 2020 U.S. Dist. LEXIS 32292, No. 2:19-cv-1906-MCE-KJN, *2 (E.D. Cal. Feb. 25, 2020) ("Without commenting on the merits of Defendant's motion, it is possible that all claims brought by Plaintiff could be dismissed with prejudice. Thus, a stay of discovery is in line with the principles of judicial economy and the Federal Rules of Civil Procedure.").

///

///

///

**JOINT STIPULATION AND ORDER STAYING DISCOVERY PENDING RULING ON MOTIONS TO DISMISS**

**THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. All discovery in this action shall be stayed pending the Court's ruling on Defendants' Motions to Dismiss.

2. All parties will reconvene under Rule 26(f) within 21 days following the ruling on the last of the Motions (ECF Nos. 100, 101, and 102).

Respectfully submitted.

(*Signatures to follow on Next Page*)

**JOINT STIPULATION AND ORDER STAYING DISCOVERY PENDING RULING ON MOTIONS TO DISMISS**

| | |
|---|---|
| DATED: December 5, 2025 | DATED: December 5, 2025 |
| TACSIS LAW APC | GORDON REES SCULLY MANSUKHANI |
| */s/ John S. Manzano* | */s/ William G. Dewey* |
| John S. Manzano<br>Lorrie A. Walton<br>Ryan M. Arakawa<br>Francis Richard Manzano<br>3424 W. Carson Street, Ste. 600<br>Torrance, CA 90503<br>law@tacsis.com | William G. Dewey<br>John M. Palmeri<br>Robert E. Schumacher<br>300 So. 4th Street, Ste. 1550<br>Las Vegas, NV 89101<br>rshumacher@grsm.com |
| LAW OFFICE OF SHAWN R. PEREZ<br>Shawn R. Perez<br>7121 W. Craig Rd., #113-38<br>Las Vegas, NV 89129<br>Shawn711@msn.com | GORDON REES SCULLY MANSUKHANI<br>John M. Palmeri<br>Willaim G. Dewey<br>555 Seventeenth Street, Ste. 3400<br>Denver, CO 80202<br>jpalmeri@grsm.com<br>wdewey@grsm.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants*<br>*MESSNER REEVES AND TORBEN WELCH* |
| DATED: December 5, 2025 | DATED: December 5, 2025 |
| KAEMPFER CROWELL | HANRATTY LAW GROUP |
| */s/ Kris J. Kalkowski* | */s/ Jon A. Weininger* |
| Kris J. Kalkowski<br>Lyssa S. Anderson<br>1980 Festival Plaza Drive, Ste. 650<br>Las Vegas, NV 89135 | Kevin M. Hanratty<br>1815 Village Center Circle, Ste. 140<br>Las Vegas, NV 89134<br>kevinh@hanrattylawgroup.com |
| *Attorneys for Defendants*<br>*JACKIE ROBINSON, ALL NET LLC,*<br>*DRIBBLE DUNK LLC and LORING JACOBS* | JEFFER MANGELS BUTLER & MITCHELL<br>Jon A. Weininger<br>3 Park Plaza, Ste. 1100<br>Irvine, CA 92614<br>jweininger@jmbm.com |
| | *Attorneys for Defendants*<br>*ALL NET LAND DEVELOPMENT LLC and*<br>*DAVID G. LOWDEN* |

IT IS SO ORDERED.

DATED: December 5, 2025

_____
UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION AND ORDER STAYING DISCOVERY PENDING RULING ON MOTIONS TO DISMISS**

4