1  HANRATTY LAW GROUP
   Kevin M. Hanratty, Esq.
2  Nevada Bar No. 007734
   1815 Village Center Circle, Suite 140
3  Las Vegas, Nevada 89134
   Telephone:  (702) 821-1379
4  Facsimile:  (702) 870-1846
   Email:  *kevin@hanrattylawgroup.com*
5
   JEFFER MANGELS & MITCHELL LLP
6  JON A. WEININGER (*Pro Hac Vice*)
   *jweininger@jeffer.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone: (949) 623-7200
   Facsimile: (949) 623-7202
9
   Attorneys for Defendants ALL NET LAND
10 DEVELOPMENT, LLC and DAVID G.
   LOWDEN
11
                       UNITED STATES DISTRICT COURT
12
                            DISTRICT OF NEVADA
13

14

| TACSIS APC, a California corporation; and KENT LIMSON, an individual, | Case No. 2:24-cv-2284-APG-EJY |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |
| v. | Action Filed:  December 10, 2024<br>Trial Date:     Not Set |
| JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |

80216645v1

Case No. 2:24-cv-2284-APG-EJY

Notice of Change of Firm Name and Email Address

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

2    **PLEASE TAKE NOTICE** that as of February 1, 2026, the law firm Jeffer

3 Mangels Butler & Mitchell has changed its name to <u>Jeffer Mangels & Mitchell LLP</u>.

4 The address, telephone, and facsimile numbers remain the same. The e-mail address

5 for the attorney(s) in this matter have been changed as follows:

7    Jonathan A. Weininger: jweininger@jeffer.com

9    Please update your records accordingly.

11 DATED: February 27, 2026        JEFFER MANGELS & MITCHELL LLP
                                   JON A. WEININGER

14                   By: _____
                         JON A. WEININGER
                         Attorneys for Defendants ALL NET LAND
                         DEVELOPMENT, LLC and DAVID G.
                         LOWDEN

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3 Park Plaza, Suite 1100, Irvine, CA 92614-2592.

On February 27, 2026, I served true copies of the following document(s) described as **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 27, 2026, at Irvine, California.

_M. Sommer_
Marissa Sommer


# SERVICE LIST

| | |
|---|---|
| Shawn R. Perez<br>LAW OFFICE OF SHAWN R. PEREZ<br>7121 W. Craig Rd., #113-38<br>Las Vegas, NV 89129<br>Telephone: (702) 485-3977<br>Fax: (702) 442-7095<br>Email: shawn711@msn.com | *Counsel for Plaintiffs*<br>*TACSIS APC and Kent Limson* |
| John S. Manzano<br>Francis Richard Manzano<br>Lorraine A. Walton<br>Ryan M. Arakawa<br>TACSIS LAW APC<br>3424 W. Carson Street, Suite 600<br>Torrance, CA 90503<br>Telephone/Fax: (424) 234-5200<br><br>Email: john@tacsis.com<br>Email: lorrie@tacsis.com<br>Email: ryan@tacsis.com<br>Email: nancy@tacsis.com<br>Email: law@tacsis.com | |
| Robert E. Schumacher<br>GORDON REES SCULLY & MANSUKHANI, LLP<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>Telephone: (702) 577-9300<br>Fax: (702) 255-2858<br>Email: rschumacher@grsm.com | *Counsel for Defendants Messner Reeves LLP and Torben Welch* |
| John M. Palmeri<br>William G. Dewey<br>GORDON REES SCULLY & MANSUKHANI, LLP<br>555 Seventeenth Street, Ste. 3400<br>Denver, CO 80202<br>Telephone: (303) 534-5154<br>Email: jpalmeri@grsm.com<br>Email: wdewey@grsm.com | |

| | | |
|---|---|---|
| 1 | Robert McCoy<br>Kristopher J. Kalkowski | *Counsel for Defendants Loring Jacobs, Jackie Robinson, All Net,* |
| 2 | KAEMPFER CROWELL<br>1980 Festival Plaza Drive, Suite 650 | *LLC and Dribble Dunk, LLC* |
| 3 | Las Vegas, Nevada 89135<br>Telephone: (702) 792-7000 | |
| 4 | Fax: (702) 796-7181<br>Email: rmccoy@kcnvlaw.com | |
| 5 | Email: kkalkowski@kcnvlaw.com | |