LAW OFFICE OF SHAWN R. PEREZ
Shawn R. Perez (NV SBN: 10421)
Shawn711@msn.com
7121 W. Craig Rd, #113-38
Las Vegas, NV  89129
T: 702-485-3977
F: 702-442-7095

TACSIS LAW APC
John S. Manzano, Esq. (CA SBN: 170546)
law@tacsis.com
3424 W. Carson Street, Suite 380
Torrance, CA 90503
T/F: 424-234-5200

*Attorneys for Plaintiffs*
TACSIS APC and KENT LIMSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TACSIS APC, a California corporation; and KENT LIMSON, an individual, | Case No:   2:24-cv-02284-RFB-EJY |
| Plaintiffs<br>v. | **NOTICE OF DISMISSAL OF DEFENDANT, TIMOTHY J. ARELLANO, AN INDIVIDUAL, AND AGS ASSURETY, LLC, A NEVADA LIMITED LIABILITY COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| JACKIE ROBINSON, an individual; ALL NET LAND DEVELOPMENT, LLC, a Nevada Limited Liability Company; ALL NET, LLC, a Nevada Limited Liability Company; DRIBBLE DUNK, LLC, a Nevada Limited Liability Company; AGS ASSURETY, LLC, a Nevada Limited Liability Company; TIMOTHY J. ARELLANO, an individual; DAVID LOWDEN, an individual; MESSNER REEVES LLP, a Colorado Limited Liability Partnership; TORBEN WELCH, an individual; LORING JACOBS, an individual, and DOES 1 THROUGH 100 INCLUSIVE,<br>            Defendants. | |

**NOTICE OF DISMISSAL OF DEFENDANT TIMOTHY J. ARELLANO AND AGS ASSURETY, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

1

**NOTICE OF DISMISSAL OF DEFENDANT TIMOTHY J. ARELLANO, AN INDIVIDUAL, AND AGS ASSURETY, LLC, A NEVADA LIMITED LIABILITY COMPANY, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs, TACSIS APC and KENT LIMSON, hereby give notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims against Defendants Timothy J. Arellano, an individual, and AGS Assurety, LLC, a Nevada Limited Liability Company are hereby dismissed.

Defendants, Timothy J. Arellano, and individual, and AGS Assurety, LLC, a Nevada limited Liability Company have not appeared in this action and have not served an answer or a motion for summary judgment.

This dismissal is with Prejudice as to the Complaint only.

This action shall continue as to all remaining defendants.

Dated: June 24, 2026          Respectfully submitted,

*/s/ John S. Manzano*

By: _____

John S. Manzano,  Esq.
(CA SBN: 170546)
law@tacsis.com
3424 W. Carson Street, Suite 380
Torrance, CA 90503
P/F: 424-234-5200

**NOTICE OF DISMISSAL OF DEFENDANT TIMOTHY J. ARELLANO AND AGS ASSURETY, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

### CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5 and Local Rule 5-1, I certify that I am an employee of TACSIS LAW APC, and that on July 7, 2026, the foregoing **NOTICE OF DISMISSAL OF DEFENDANT TIMOTHY J. ARELLANO AND AGS ASSURETY, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** was served upon the following respective parties via CM/ECF system as follows:

| | |
|---|---|
| HANRATTY LAW GROUP<br>Kevin M. Hanratty, Esq. (SBN 007734)<br>1815 Village Center Circle, Suite 140<br>Las Vegas, NV 89134<br>T: (702) 821-1379<br>Email: kevinh@hanrattylawgroup.com;<br>AniB@hanrattylawgroup.com<br>carmeni@hanrattylawgroup.com<br><br>JEFFER MANGELS BUTLER & MITCHELL<br>Jon A. Weininger, Esq.<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Email: jweininger@jeffer.com<br><br>*Attorneys for Defendants*, ALL NET LAND DEVELOPMENT, LLC and DAVID G. LOWDEN | KAEMPFER CROWELL<br>Ryan W. Daniels, Esq.<br>Kristopher J. Kalkowski, Esq.<br>1980 Festival Plaza Drive, Ste. 650<br>Las Vegas, NV 89135<br>T: (702) 856-4440<br>Email: rdaniels@kcnvlaw.com;<br>kkalkowski@kcnvlaw.com;<br>landerson@kcnvlaw.com;<br>wapplegate@kcnvlaw.com<br><br>*Attorneys for Defendants,* JACKIE ROBINSON, ALL NET LLC; DRIBBLE DUNK LLC and LORING JACOBS |
| GORDON REES SCULLY & MANSUKHANI<br>Robert E. Schumacher, Esq.<br>300 South 4th Street, Ste. 1550<br>Las Vegas, NV 89101<br>T: (702) 577-9300<br>D: (702) 577-9319<br>Email: rschumacher@grsm.com;<br>jpalmeri@grsm.com;<br>VLS_LVSupport@grsm.com<br>gangulo@grsm.com; sowens@grsm.com;<br>lbustos@grsm.com<br><br>*Attorneys for* MESSNER REEVES LLP and TORBEN WELCH | |

_/s/ Tabatha Eddy_
An Employee of TACSIS LAW APC

**NOTICE OF DISMISSAL OF DEFENDANT TIMOTHY J. ARELLANO AND AGS ASSURETY, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**